PROB34
Rev. 09/10

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | REPORT AND ORDER TERMINATING SUPERVISED RELEASE |
| V. | |
| **ERIC JAMES PARKER** | DKT. NO. 0976 1:18CR00302-001 |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 8/9/2019, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
U.S. Probation Assistant

ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: **August 12, 2019**

B. Lynn Winmill
United States District Judge